UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT BARBATO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0732 |
| v. | : | (JUDGE MANNION) |
| | : | |
| **PROGRESSIVE SPECIALTY INSURANCE COMPANY,** | | |
| | : | |
| Defendant | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to remand this case to state court, **(Doc. 3)**, is **DENIED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: July 19, 2021**
21-0732-01-Order